April 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DOMINIC SRESHTA, M.D., Appellant

NO. 14-12-00187-CV                V.

JACQUELINE JURASEK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BERNICE TWARDOWSKI, JANICE BURNSIDE, AND JAMES TWARDOWSKI, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 3, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DOMINIC SRESHTA, M.D.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.